**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD MICHAEL DASPIN, <br><br> Plaintiff, <br><br> v. <br><br> SECURITIES AND EXCHANGE COMMISSION, <br><br> Defendant. | Civil Action No. 22-06520 (SDW)(CLW) <br><br> **WHEREAS OPINION** <br><br> June 20, 2023 |

**THIS MATTER** having come before this Court upon Plaintiff Edward Michael Daspin's ("Plaintiff") Motion to Dismiss his own Complaint against the Securities and Exchange Commission ("SEC" or "Defendant"), (D.E. 16); and

**WHEREAS** this Court previously dismissed Plaintiff's Complaint on February 15, 2023, afforded Plaintiff an opportunity to amend the Complaint, and noted that the Complaint would be dismissed with prejudice if Plaintiff did not amend within the allotted timeframe, (*See* D.E. 6; D.E. 7; D.E. 14); and

**WHEREAS** Plaintiff submitted a Motion to Dismiss the Complaint without prejudice, (D.E. 16). The Complaint had already been dismissed by this Court. By submitting the Motion to Dismiss, this Court finds that Plaintiff intends to voluntarily withdraw the Complaint, per Federal Rule of Civil Procedure ("Rule") 41(a); therefore

Plaintiff's Motion is hereby **DENIED** as moot. Plaintiff's Complaint has been effectively withdrawn by Plaintiff, the matter remains dismissed without prejudice, and the matter shall be closed. An appropriate order follows.

_/s/ Susan D. Wigenton_  
**United States District Judge**

Orig: Clerk  
cc: Cathy L. Waldor, U.S.M.J.  
      Parties